UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                                     Telephone
Clerk (215) 408-2800

9-23-19

    Re:    Dominic Fabbia,  Patricia Fabbia
           Bankruptcy No.: <u>18-17959amc</u>
           Civil Action No. <u>19-3904</u>

Dear Kate Barkman, Clerk of Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    () Certificate of appeal from order entered  by the Honorable .
        Notice of appeal filing fee (**X**)paid    ()not paid

    () Designation of Record on Appeal Filed
    (**X**) Designation of Record on Appeal Not Filed

    () Supplemental certificate of appeal.

    () Motion for leave to appeal filed.
        () Answer to motion filed .

    () Proposed findings of fact and conclusions of law entered  by the Honorable .
        () Objections filed .

    () Report and recommendation entered  by the Honorable.

        () Objections filed .

    () Original record transferred to the District Court pursuant to the order of the Honorable .

    () Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                      For the Court

                                      Timothy B. McGrath
                                      Clerk

                                      By:<u>     Stacey Dougherty     </u>
                                      Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20     .

Civil Action No. _____          Signature:_____

Miscellaneous No. _____         Date: _____

Assigned to Judge _____                                                                                        BFL5.frm(rev 11/8/17)